# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Hector LUCERO,

    Plaintiff,

v.                                                          Civ. No. 19-106 JAP/LF

DEBT RECOVERY ATTORNEYS, et al.,

    Defendants.

## RULE 68 JUDGMENT

The Court has ordered that:

The Plaintiff Hector Lucero recover from the Defendant Debt Recovery Attorneys:

1) The sum of One Thousand Five Hundred and One Dollars ($1,501.00) for Statutory Damages; plus

2) Reasonable attorney's fees incurred prior to the tender of this Rule 68 offer, to be determined by the Court; plus

3) Reasonable attorney's fees incurred after the tender of this Rule 68 offer, to be determined by the Court; plus

4) Costs incurred prior to the tender of this Rule 68 offer, to be determined by the Court; plus

5) Costs incurred after the tender of this Rule 68 offer, to be determined by the Court.

This action was decided by Judge James A. Parker on a Motion for Entry of Judgment (Doc. 70).

Date: January 28, 2020                               *CLERK OF COURT*

                                                              [signature]
                                                        *Signature of Clerk or Deputy Clerk*