# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Hector LUCERO,

    Plaintiff,

v.                                              Civ. No. 19-106 JAP/LF

DEBT RECOVERY ATTORNEYS and
MICHAEL SAYER,

    Defendants.

## FINAL JUDGMENT

In accordance with the Memorandum Order and Opinion (Doc. No. 97) entered February 3, 2020, the Court enters this Final Judgment in favor of Defendant Michael Sayer under Rule 58 of the Federal Rules of Civil Procedure and dismisses all claims against Michael Sayer with prejudice.

                                                                _____
                                                                 SENIOR UNITED STATES DISTRICT JUDGE