## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

HECTOR LUCERO,

    Plaintiff,

    vs.                                Civ. No. 19-106 JAP/LF

DEBT RECOVERY ATTORNEYS, and
MICHAEL SAYER,

    Defendants.

### RULE 58 FINAL JUDGMENT

Consistent with the contemporaneously entered Order (Doc. 105), Final Judgment is entered under Fed. R. Civ. P. 58 in favor of Plaintiff Hector Lucero and against Defendant Debt Recovery Attorneys in the amount of:

1. Statutory damages under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA"), of $8,659.06; plus

2. Interest from the date of entry of this Final Judgment until the full judgment amount, including interest accrued, is paid at the rate set forth in 28 U.S.C. § 1961.

_____
SENIOR UNITED STATES DISTRICT JUDGE